# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | TOMEKO NASHA HENDERSON |
| Case Number: | 17-21393-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, DECEMBER 13, 2017 09:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Debtor's Objection To Proof Of Claim No. of Ditech Financial LLC f/k/a Green Tree Servicing LLc - Response filed 11/22/2017 at Doc. No. 40 by Ditech Financial LLC [Due 11/24/2017]

R / M #:  37 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR:  CATHERINE T. MARTIN, ESQUIRE
CREDITOR:  JAMES C. WARMBRODT, ESQUIRE for DITECH

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least **60** Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    _____
    ___ To Conciliation Conference For _____ at
        _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order -  NONJURY  /  JURY
    ___ Simple / Pretrial Order - NONJURY  /  JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

**- Continue Matter For At Least 60 Days**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
12/14/17 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA