IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **TOMEKO NASHA HENDERSON,** | : | Bankruptcy No. 17-21393-JAD |
| | : | |
| Debtor. | : | Chapter 13 |
| **TOMEKO NASHA HENDERSON,** | : | |
| Movant, | : | |
| v. | : | Related To Doc. No. 37 |
| **DITECH FINANCIAL LLC, f/k/a GREEN TREE SERVICING, LLC,** | : | |
| Respondent. | : | |

**ORDER CONTINUING HEARING**

**AND NOW**, this **14th** day of **December**, 2017, a hearing having been held on **December 13, 2017**, on the **Objection To Proof Of Claim No. 4 of Ditech Financial LLC f/k/a Green Tree Servicing, LLC** filed by **Debtor** at **Doc. No. 37**, and the responsive pleading filed thereto by Claimant Ditech Financial LLC at Doc. No. 40;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the hearing on the above-referenced matter **IS CONTINUED** to **Wednesday, March 7, 2018** at **9:30 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

_____  mas
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Topeka Nasha Henderson
Catherine T. Martin, Esquire
James C. Warmbrodt, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
12/14/17 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:    Case No. 17-21393-JAD
Tomeko Nasha Henderson    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Dec 14, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
db          +Tomeko Nasha Henderson,    350 Wilson Drive,    Pittsburgh, PA 15235-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:
      Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
      James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
      cnoroski@grblaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      TOTAL: 7