# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** TOMEKO NASHA HENDERSON
**Case Number:** 17-21393-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, DECEMBER 21, 2017 09:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
12/28/17 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#6 - Continued Confirmation of Plan Dated 4/6/2017 (NFC)
R / M #:  6 / 0

### *Appearances:*

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

*[handwritten: Pardey objection to Claim of Dated #4]*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __3/29/18__ at __2:30 pm__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/14/201'  8:02:48AM