**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 17-21393-JAD |
| TOMEKO NASHA HENDERSON § | |
| DEBTOR(S) § | |
| § | CHAPTER 13 |
| § | |
| DITECH FINANCIAL LLC § | |
| CREDITOR § | |
| VS § | |
| TOMEKO NASHA HENDERSON § | |
| RESPONDENTS § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **Ditech Financial LLC**, ("Creditor"), is withdrawing its **Proof of Claim (Claim #4-2)** in the amount of **$88,350.19** filed on **January 12, 2018** due to pending litigation. Proof of claim (Claim #4-1) will remain on file and unaffected.

Dated: February 2, 2018

 

Respectfully submitted,
Bonial & Associates, P.C.

/s/ John J. Rafferty
John J. Rafferty
14841 Dallas Parkway, Suite 425
Dallas, Texas  752540
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Ditech Financial LLC

# CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before February 2, 2018 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Tomeko Nasha Henderson
350 Wilson Drive
Pittsburgh, PA 15235

**Debtors' Attorney**
Catherine T. Martin
Neighborhood Legal Services Assoc.
928 Penn Avenue
Pittsburgh, PA  15222

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

                                        Respectfully Submitted,

                                        /s/ John J. Rafferty
                                        John J. Rafferty