IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TOMEKA NASHA HENDERSON,                :        Bankruptcy No. 17-21393-JAD
                                       :
              Debtor.                  :        Chapter 13
_____X
DITECH FINANCIAL LLC,                  :
                                       :
              Movant,                  :        Doc. No. 46
                                       :
       v.                              :        Related To Doc. No. 37
                                       :
TOMEKA NASHA HENDERSON,                :
                                       :
              Respondent.              :
_____X

# ORDER

AND NOW, this **26th** day of **February**, 2018, upon consideration of the *Notice of Withdrawal Of Proof of Claim (Claim No. 4)* filed by *Ditech Financial LLC* at *Doc. No. 46* on *February 2, 2018*;

**IT IS HEREBY ORDERED** that Proof of Claim No. 4 **IS DISALLOWED AS WITHDRAWN.**

**IT IS FURTHER ORDERED** that the Objection To Proof Of Claim No.4 filed by Debtor at Doc. No. 37, is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the hearing regarding Doc. No. 37, scheduled for **Wednesday, March 7, 2018**, at **9:30 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219, **IS CANCELLED.**

_____  mas
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Tomeka Nasha Henderson
Catherine T. Martin, Esquire
James C. Warmbrodt, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
2/26/18 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 17-21393-JAD
Tomeko Nasha Henderson                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 1              Date Rcvd: Feb 26, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db              +Tomeko Nasha Henderson,   350 Wilson Drive,   Pittsburgh, PA 15235-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
          Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
          James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7