# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | TOMEKO NASHA HENDERSON |
| Case Number: | 17-21393-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 14, 2018  10:00 AM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/19/18 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#6 - Continued Confirmation of Plan Dated 4/6/2017 (NFC)
R / M #:  6 / 0

**Appearances:**

Debtor: Martin
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*Cont for status report on sale of 516 Panik Street.*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __8/9/18__ at __11:30 am__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Note - Ditech filed POC that was objected to & disallowed. It's being paid per plan.*

6/7/2018    2:58:02PM