# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | |
|---|---|
| Debtor: | TOMEKO NASHA HENDERSON |
| Case Number: | 17-21393-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 09, 2018 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/10/18 9:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#6 - Continued Confirmation of Plan Dated 4/6/2017 (NFC)
R / M #:  6 / 0

**_Appearances:_**

Debtor: Martin
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

- Plan contemplates sale proceeds, but no broker yet engaged
- Plan in arrears $3487 thru 7/18
- Last payment 5/10/18

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 8/22/18 at 10:30 Am
10. ✓ Other:

Trustee requests dismissal for lack of feasibility and/or lack of progress

8/2/2018    3:31:16PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Tomeko Nasha Henderson
    Debtor

Case No. 17-21393-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Aug 10, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2018.
db         +Tomeko Nasha Henderson,   350 Wilson Drive,   Pittsburgh, PA 15235-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
        Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
        James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                                                                  TOTAL: 7