# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** TOMEKO NASHA HENDERSON
**Case Number:** 17-21393-JAD    **Chapter:** 13

**Date / Time / Room:** WEDNESDAY, AUGUST 22, 2018 10:30 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## Matter:

Contested Hearing on Confirmation of Debtor's Chapter 13 Plan Dated 4/6/2018
- Conciliation held 10/5/2017 - Continued To 12/21/2017
- Conciliation held 12/21/2018 - Continued To 3/29/2018
- Conciliation held 3/29/2018 - Continued To 6/14/2018
- Conciliation held 6/14/2018 - Continued To 8/9/2018
- Conciliation held 8/9/2018 - Continued To 8/22/2018
R / M #: 6 / 0

## Appearances:

CHAPTER 13 TRUSTEE: WINNECOUR / KATZ / PAIL / DeSIMONE
DEBTOR: CATHERINE T. MARTIN, ESQUIRE / Shriner
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
  ___ For At Least ___ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of ___ at ___ AM/PM at ___
  ___ To Conciliation Conference For ___ at ___ AM/PM at ___
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE ___
✓ OTHER:    * ORDER

Confirmation is denied. An amended plan shall be filed within 21 days hereof.

8-22-2018

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-21393-JAD
Tomeko Nasha Henderson                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: aala              Page 1 of 2          Date Rcvd: Aug 22, 2018
                             Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
db          +Tomeko Nasha Henderson,    350 Wilson Drive,   Pittsburgh, PA 15235-1738
cr          +County of Allegheny,   Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
              Frick Building,   Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr          +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
14397646    +AAS Debt Recovery, Inc.,   PO Box 129,   Monroeville, Pennsylvania 15146-0129
14397647    +Capital One Auto Finance,   CB Disputes Team PO Box 259407,   Plano, Texas 75025-9407
14397649    +Coll Svc Center,   PO Box 560,   New Kensington, Pennsylvania 15068-0560
14644105    +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh, PA 15219-6101
14397651    +Ditech Financial LLC,   3000 Bayport Drive,   Suite 880,   Tampa, Florida 33607-8409
14777857     Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN 55116-0408
14397652    +Jordan Tax Service, Inc.,   PO Box 200,   Bethel Park, Pennsylvania 15102-0200
14397654    +Navient,   123 Justison Street 3rd Floor,   Wilmington, Delaware 19801-5360
14519834    +Navient Solutions, LLC. on behalf of,   PHEAA,   PO BOX 8147,   Harrisburg, PA 17105-8147
14658279    +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14397656    +Santander Consumer USA,   PO Box 961245,   Fort Worth, Texas 76161-0244
14415469    +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
14667900     UPMC East,   PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 23 2018 01:58:26
               Capital One Auto Finance, a division of Capital On,   c/o Ascension Capital Group,
               4515 N. Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14421988     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 23 2018 01:58:59
               Capital One Auto Finance, c/o Ascension Capital Gr,   P.O. Box 201347,
               Arlington, TX 76006-1347
14397648     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 23 2018 01:58:26    Capital One Bank,
               PO Box 30281,   Salt Lake City, Utah 84130-0281
14397650     +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2018 01:53:34
               Credit Collection Service,   PO Box 607,   Norwood, Massachusetts 02062-0607
14520218      E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2018 01:52:41
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
14676344     +E-mail/Text: kburkley@bernsteinlaw.com Aug 23 2018 01:53:31     Duquesne Light Company,
               c/o Allison L. Carr,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14664215      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:58:31
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
               N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14397653     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2018 01:53:03     Midland Funding LLC,
               2365 Northside Drive Suite 300,   San Diego, California 92108-2709
14397655      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2018 01:59:01
               Portfolio Recovery,   120 Corporate Blvd,   Norfolk, Virginia 23502
14671174      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2018 01:58:45
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14398614      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 23 2018 02:10:46
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14397657     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 23 2018 01:52:34
               Verizon,   500 Technology Drive Suite 300,   Weldon Spring, Missouri 63304-2225
14641065     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2018 01:59:04     Verizon,
               by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC
cr             Duquesne Light Company
cr*            Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN  55116-0408
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                 TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2            User: aala              Page 2 of 2                Date Rcvd: Aug 22, 2018
                                Form ID: pdf900         Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
          Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
          James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```