Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Tomeko Nasha Henderson
aka Tomeko Nasha Hudson, aka Tomeko Nasha Zarotney**
  Debtor(s)

Bankruptcy Case No.: 17−21393−JAD
Doc. No. 74
Chapter: 13
Docket No.: 75 − 74
Concil. Conf.: June 20, 2019 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 29, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 13, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 20, 2019** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 13, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21393-JAD
Tomeko Nasha Henderson                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: msch    Page 1 of 2    Date Rcvd: Mar 13, 2019
                   Form ID: 410    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
```
db            +Tomeko Nasha Henderson,    350 Wilson Drive,    Pittsburgh, PA 15235-1738
cr            +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +LSF10 Master Participation Trust,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
               Duluth, GA 30097-8461
14397646      +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, Pennsylvania 15146-0129
14397647      +Capital One Auto Finance,    CB Disputes Team PO Box 259407,    Plano, Texas 75025-9407
14397649      +Coll Svc Center,    PO Box 560,    New Kensington, Pennsylvania 15068-0560
14644105      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14397651      +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, Florida 33607-8409
14777857       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
14397652      +Jordan Tax Service, Inc.,    PO Box 200,    Bethel Park, Pennsylvania 15102-0200
14927648      +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
14397654      +Navient,    123 Justison Street 3rd Floor,    Wilmington, Delaware 19801-5360
14519834      +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
14658279      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14397656      +Santander Consumer USA,    PO Box 961245,    Fort Worth, Texas 76161-0244
14415469      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14667900       UPMC East,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 14 2019 03:07:45
               Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
               4515 N. Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14421988      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 14 2019 03:08:05
               Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
               Arlington, TX 76006-1347
14397648      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 03:07:44    Capital One Bank,
               PO Box 30281,    Salt Lake City, Utah 84130-0281
14397650      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 14 2019 03:02:17
               Credit Collection Service,    PO Box 607,    Norwood, Massachusetts 02062-0607
14520218       E-mail/Text: bankruptcy.bnc@ditech.com Mar 14 2019 03:00:29
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
14676344      +E-mail/Text: kburkley@bernsteinlaw.com Mar 14 2019 03:02:10    Duquesne Light Company,
               c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14664215       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2019 03:07:29
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
               N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14397653      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 14 2019 03:01:15    Midland Funding LLC,
               2365 Northside Drive Suite 300,    San Diego, California 92108-2709
14397655       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 03:08:04
               Portfolio Recovery,    120 Corporate Blvd,    Norfolk, Virginia 23502
14671174       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 03:18:32
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14398614      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2019 03:18:32
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14397657      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 14 2019 03:00:04
               Verizon,    500 Technology Drive Suite 300,    Weldon Spring, Missouri 63304-2225
14641065      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2019 03:07:49    Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 13
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Ditech Financial LLC
cr             Duquesne Light Company
cr*            Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
cr*           +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                               TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: msch                Page 2 of 2             Date Rcvd: Mar 13, 2019
                              Form ID: 410              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
          Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
          James   Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```