UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tomeko Nasha Henderson | ) | Bankruptcy No. 17-21393-JAD |
| | ) | |
| Debtor | ) | Chapter 13 |
| Standing Chapter 13 Trustee and | ) | |
| Tomeko Nasha Henderson | ) | Related To Doc. No. 77 |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| Delta-T Group, | ) | |
| Respondent. | ) | |

## AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named debtor(s) having filed a Chapter 13 petition and debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan:

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income: **Delta T-Group, Attention Wanda Hill, PO Box 884, Bryn Mawr, PA 19010** shall deduct $**972.00** from each biweekly pay check for Tomeko Nasha Henderson (a total of **$2,106.00 per month**) beginning on the next pay day following receipt of this Order and deduct a similar amount thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D.PA
P O BOX 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amount required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTION FOR GARNISHMENT, WAGE ATTACHMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case. 1

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court. **

April 10, 2019
Date

_____
JEFFERY A. DELLER          mas
U. S. BANKRUPTCY JUDGE

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

**CASE ADMINISTRATOR SHALL SERVE:**
Tomeko Nasha Henderson
Catherine T. Martin, Esquire
Delta-T Group
Ronda J. Winnecour, Esquire
Office of United States Trustee

**FILED**
4/10/19 7:19 am
**CLERK**
**U.S. BANKRUPTCY**
**COURT - WDPA**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                               Case No. 17-21393-JAD
Tomeko Nasha Henderson                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: msch                  Page 1 of 2           Date Rcvd: Apr 10, 2019
                               Form ID: pdf900             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db             +Tomeko Nasha Henderson,    350 Wilson Drive,    Pittsburgh, PA 15235-1738
               +Delta-T Group,   Attn: Wanda Hill,   P.O. Box 384,    Bryn Mawr, PA 19010-0384
14397646       +AAS Debt Recovery, Inc.,    PO Box 129,   Monroeville, Pennsylvania 15146-0129
14397647       +Capital One Auto Finance,   CB Disputes Team PO Box 259407,     Plano, Texas 75025-9407
14397649       +Coll Svc Center,    PO Box 560,   New Kensington, Pennsylvania 15068-0560
14644105       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14397651       +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,   Tampa, Florida 33607-8409
14777857        Educational Credit Management Corporation,     PO Box 16408,   St. Paul, MN 55116-0408
14397652       +Jordan Tax Service, Inc.,    PO Box 200,   Bethel Park, Pennsylvania 15102-0200
14927648       +LSF10 Master Participation Trust c/o Caliber Home,     13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14397654       +Navient,   123 Justison Street 3rd Floor,    Wilmington, Delaware 19801-5363
14519834       +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
14658279       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,     845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14397656       +Santander Consumer USA,    PO Box 961245,   Fort Worth, Texas 76161-0244
14415469       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14667900        UPMC East,   PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14421988       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 11 2019 02:33:27
                 Capital One Auto Finance, c/o Ascension Capital Gr,     P.O. Box 201347,
                 Arlington, TX 76006-1347
14397648       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 11 2019 02:33:58      Capital One Bank,
                 PO Box 30281,   Salt Lake City, Utah 84130-0281
14397650       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 11 2019 02:32:16
                 Credit Collection Service,    PO Box 607,   Norwood, Massachusetts 02062-0607
14520218        E-mail/Text: bankruptcy.bnc@ditech.com Apr 11 2019 02:30:38
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14676344       +E-mail/Text: kburkley@bernsteinlaw.com Apr 11 2019 02:32:08      Duquesne Light Company,
                 c/o Allison L. Carr,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14664215        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2019 02:32:54
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14397653       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2019 02:31:19      Midland Funding LLC,
                 2365 Northside Drive Suite 300,    San Diego, California 92108-2709
14397655        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 02:33:27
                 Portfolio Recovery,   120 Corporate Blvd,    Norfolk, Virginia 23502
14671174        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 02:44:43
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14398614       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 02:33:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14397657       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 11 2019 02:30:17
                 Verizon,   500 Technology Drive Suite 300,    Weldon Spring, Missouri 63304-2225
14641065       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2019 02:33:30      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: msch                  Page 2 of 2                  Date Rcvd: Apr 10, 2019
                                Form ID: pdf900             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
              James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```