## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| **Debtor:** | TOMEKO NASHA HENDERSON |
| **Case Number:** | 17-21393-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 12, 2019 10:00 AM  COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Motion For Allowane Of Administrative Claim, To Require Payment Of Administrative Expense, And For Additional Adequate Assurance of Payment filed by Peoples Natural Gas Company, LLC
- Response filed by Debtor 6/3/2019 at ECF No. 84  [Due 6/2/2019]
R / M #:  82 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR:  CATHERINE T. MARTIN, ESQUIRE
CREDITOR:  S. JAMES WALLACE, ESQUIRE for PEOPLES

## Proceedings:

_____ Motion is GRANTED / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Order Entered 6/12/2019 Granting Motion**

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
6/12/19 12:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA