IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Tomeko Nasha Henderson | : | Bankruptcy No. 17-21393-JAD |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |
| Tomeko Nasha Henderson, Movant | : | |
| | : | Motion No. WO-1 |
| v. | : | |
| | : | |
| Career Concepts, Respondent | : | |

**CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

      I hereby certify that I have served or caused to be served a true and correct copy of the Amended Order to Pay Trustee Pursuant to Wage Attachment and the Notification of Debtor's Social Security Number on the following organization by first class, postage prepaid mail, on the date stated below:

Career Concepts
Attn: Colleen Jennings, Payroll Department
4934 Peach Street
#101
Erie, PA 16509

Date:    08/27/19

/s/Catherine T.Martin
Pa. I.D. No. 29049

NEIGHBORHOOD LEGAL SERVICES
ASSOCIATION
Firm No. 213
928 Penn Avenue
Pittsburgh, PA 15222

(412) 586-6118
martinc@nlsa.us