UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tomeko Nasha Henderson )<br>)<br>Debtor )<br>Standing Chapter 13 Trustee and )<br>Tomeko Nasha Henderson )<br>Movants )<br>)<br>vs. )<br>Delta-T Group, )<br>Respondent. ) | Bankruptcy No. 17-21393-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 97 |

## ORDER TERMINATING WAGE ATTACHMENT

AND NOW, this 26th day of August, 2019, it is hereby ORDERED, ADJUDGED and DECREED that the modified Orders entered August 21, 2018 at Doc. No. 57, October 22, 2018 at Doc. No. 71, April 10, 2019 at Doc. No. 78, and June 21, 2019 at Doc. No. 89, granting Debtor's wage attachment(s) with Delta-T Group, are hereby TERMINATED.

BY THE COURT:

JEFFERY A. DELLER
U. S. BANKRUPTCY JUDGE

August 26, 2019
Date

CASE ADMINISTRATOR SHALL SERVE:
Tomeko Nasha Henderson
Catherine T. Martin, Esquire
Delta-T Group
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
8/26/19 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:    Case No. 17-21393-JAD
Tomeko Nasha Henderson    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: msch    Page 1 of 1    Date Rcvd: Aug 26, 2019
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.
db        +Tomeko Nasha Henderson,   350 Wilson Drive,   Pittsburgh, PA 15235-1738
          +Delta-T Group,   Attn: Wanda Hill,   P.O. Box 884,   Bryn Mawr, PA 19010-0884

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:
    Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
    James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
    Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
     cnoroski@grblaw.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                            TOTAL: 7