UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tomeko Nasha Henderson | ) | Bankruptcy Case No. 17-21393 JAD |
| | ) | |
| Debtor | ) | Chapter 13 |
| Standing Chapter 13 Trustee and | ) | |
| Tomeko Nasha Henderson | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| Career Concepts | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served or caused to be served a true and correct copy of the February 10, 2020 Amended Order to Pay Trustee Pursuant to Wage Attachment and the Notification of Debtor's Social Security Number on the following by first class, postage prepaid mail, on the date stated below:

Career Concepts
Attn: Colleen Jennings, Payroll Department
4934 Peach Street
#101
Erie, PA 16509

Date: 02/10/20                    /s/Catherine T.Martin
                                  Pa. I.D. No. 29049

                                  NEIGHBORHOOD LEGAL SERVICES
                                  ASSOCIATION
                                  Firm No. 213
                                  928 Penn Avenue
                                  Pittsburgh, PA 15222

                                  (412) 586-6118