IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Tomeko N. Henderson<br>Debtor | : Bankruptcy No. 17-21393 JAD<br>:<br>: Chapter 13 |
| Tomeko N. Henderson<br>Movant<br>    v.<br>LSF10 Master Participation Trust<br>Respondent | :<br>: Related to Claim #4<br>:<br>:<br>: |

**<u>DECLARATION OF DEBTOR IN RESPONSE TO
NOTICE OF MORTGAGE PAYMENT CHANGE</u>**

   Debtors Tomeko Henderson, by her attorneys Catherine T. Martin and Neighborhood Legal Services Association, hereby states:

1. The debtor filed an amended plan dated January 28, 2020 which surrenders her residence that is the security for the mortgage loan which is being collected by the Respondent.

2. Debtor will no longer be paying the mortgage loan, so a change in the amount of the monthly payment will not affect her plan payment.

<div style="margin-left: 40%;">
Respectfully submitted,

/s/Catherine T. Martin
Attorney for Debtor/Movant
Pa. I.D. #29049; Firm #213
NLS, 928 Penn Avenue, Pittsburgh, PA 15222
(412) 586-6118; Email: martinc@nlsa.us
</div>

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Tomeko N. Henderson<br>Debtor | : Bankruptcy No. 17-21393 JAD<br>:<br>: Chapter 13 |
| Tomeko N. Henderson<br>Movant<br>    v. | :<br>: Related to Claim #4<br>:<br>: |
| LSF10 Master Participation Trust<br>Respondent | : |

### CERTIFICATE OF SERVICE OF DECLARATION OF DEBTOR
### IN RESPONSE TO NOTICE OF MORTGAGE PAYMENT CHANGE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on February 11, 2020.

The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first class mail and electronic notification.

**Parties served by first class mail:**

Sindi Mncina
RAS Crane LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

**Parties served by electronic notification:**

Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee at cmecf@chapter13trusteewdpa.com

By:    /s/Catherine T. Martin
Neighborhood Legal Services Association
928 Penn Avenue, Pittsburgh, PA 15222
412-586-6118
martinc@nlsa.us
PA Bar ID#29049

EXECUTED ON: 2/11/20