**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:  CASE NO.: 17-21393-JAD
CHAPTER 13

Tomeko Nasha Henderson
aka Tomeko Nasha Hudson
aka Tomeko Nasha Zarotney,

   Debtor.
_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of LSF10 MASTER PARTICIPATION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Sindi Mncina
    Sindi Mncina
    Email: smncina@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Tomeko Nasha Henderson
350 Wilson Drive
Pittsburgh, PA 15235

And via electronic mail to:

Catherine T. Martin
Neighborhood Legal Services Assoc.
928 Penn Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Robertson, Anschutz, Schneid & Crane LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Sindi Mncina
Sindi Mncina
Email: smncina@rascrane.com