**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                CHAPTER 13
                                                                      CASE NO.: 17-21393-JAD

**Tomeko Nasha Henderson**
**aka Tomeko Nasha Hudson**
**aka Tomeko Nasha Zarotney**

    Debtor,

_____/

**LSF10 MASTER PARTICIPATION TRUST,**

    Movant,

v.

**Tomeko Nasha Henderson**
**aka Tomeko Nasha Hudson**
**aka Tomeko Nasha Zarotney**

    Respondent.

_____/

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF LSF10 MASTER PARTICIPATION TRUST, FOR**
**RELIEF FROM STAY and CO-DEBTOR STAY**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than Monday, March 30, 2020 (*i.e.,* seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on Wednesday April 15, 2020 at 10:00 a.m. before Judge Jeffery a. Deller in 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: March 13, 2020

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        By:/s/ Keri P. Ebeck
        Keri P. Ebeck, Esq.
        PA I.D. # 91298
        kebeck@bernsteinlaw.com
        707 Grant Street
        Suite 2200, Gulf Tower
        Pittsburgh, PA 15219
        (412) 456-8112
        Fax: (412) 456-8135

        *Counsel for LSF10 MASTER PARTICIPATION TRUST*