**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

**IN RE:**  CHAPTER 13
  CASE NO.: 17-21393-JAD

**Tomeko Nasha Henderson
aka Tomeko Nasha Hudson
aka Tomeko Nasha Zarotney**

   **Debtor,**

_____/

**LSF10 MASTER PARTICIPATION TRUST,**

   **Movant,**

**v.**

**Tomeko Nasha Henderson
aka Tomeko Nasha Hudson
aka Tomeko Nasha Zarotney**

   **Respondent.**

_____/

**CERTIFICATE OF SERVICE**

I, the undersigned, certify under penalty of perjury that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the Bankruptcy Court a Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362 (d)(1) (with attached proposed Order) on March 13, 2020, and served same as indicated below.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Tomeko Nasha Henderson
aka Tomeko Nasha Hudson
aka Tomeko Nasha Zarotney
350 Wilson Drive
Pittsburgh, PA 15235

**E-Mail Service:** via CM/ECF e-mail notification to the following:

Catherine T. Martin
Neighborhood Legal Services Assoc.
928 Penn Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Date: March 13, 2020

                              Respectfully submitted,

                              BERNSTEIN-BURKLEY, P.C.

                              By:/s/ Keri P. Ebeck
                              Keri P. Ebeck, Esq.
                              PA I.D. # 91298
                              kebeck@bernsteinlaw.com
                              707 Grant Street
                              Suite 2200, Gulf Tower
                              Pittsburgh, PA 15219
                              (412) 456-8112
                              Fax: (412) 456-8135

                              *Counsel for LSF10 MASTER*
                              *PARTICIPATION TRUST*