Form RSC2 (Reschedule Conciliation/COD)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Tomeko Nasha Henderson**
**aka Tomeko Nasha Hudson, aka Tomeko Nasha Zarotney**
  Debtor(s)

Bankruptcy Case No.: 17–21393–JAD
Chapter: 13

## **ORDER**

The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21393-JAD
Tomeko Nasha Henderson                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: llea            Page 1 of 2            Date Rcvd: Mar 20, 2020
                        Form ID: RSCcon       Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.

```
db            +Tomeko Nasha Henderson,    350 Wilson Drive,    Pittsburgh, PA 15235-1738
cr            +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr            +LSF10 Master Participation Trust,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
               Duluth, GA 30097-8461
cr            +LSF10 Master Participation Trust,    Robertson, Anschutz, Schneid & Crane LLC,
               10700 Abbotts Bridge Rd,    Duluth, GA 30097-8458
14397646      +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, Pennsylvania 15146-0129
14397649      +Coll Svc Center,    PO Box 560,    New Kensington, Pennsylvania 15068-0560
14644105      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14397651      +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, Florida 33607-8409
14777857       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
14397652      +Jordan Tax Service, Inc.,    PO Box 200,    Bethel Park, Pennsylvania 15102-0200
14927648      +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
14519834      +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
14658279      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14397656      +Santander Consumer USA,    PO Box 961245,    Fort Worth, Texas 76161-0244
14415469      +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14667900       UPMC East,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2020 04:19:38
               Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
               4515 N. Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14397647      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 21 2020 04:18:36
               Capital One Auto Finance,    CB Disputes Team PO Box 259407,    Plano, Texas 75025-9407
14421988      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 21 2020 04:18:15
               Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
               Arlington, TX 76006-1347
14397648      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:17:15     Capital One Bank,
               PO Box 30281,    Salt Lake City, Utah 84130-0281
14397650      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 21 2020 04:26:16
               Credit Collection Service,    PO Box 607,    Norwood, Massachusetts 02062-0607
14520218       E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2020 04:23:17
               Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
14676344      +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:26:00     Duquesne Light Company,
               c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14664215       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:17:37
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
               N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14397653      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 21 2020 04:24:30     Midland Funding LLC,
               2365 Northside Drive Suite 300,    San Diego, California 92108-2709
14397654      +E-mail/PDF: pa_dc_claims@navient.com Mar 21 2020 04:20:00     Navient,
               123 Justison Street 3rd Floor,    Wilmington, Delaware 19801-5363
14397655       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:30
               Portfolio Recovery,    120 Corporate Blvd,    Norfolk, Virginia 23502
14671174       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:30
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14398614      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:19:54
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14397657      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2020 04:22:38
               Verizon,    500 Technology Drive Suite 300,    Weldon Spring, Missouri 63304-2225
14641065      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2020 04:33:24     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             Ditech Financial LLC
cr             Duquesne Light Company
cr*            Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
cr*           +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
               Oklahoma City, OK 73134-2500
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
                                                                                              TOTALS: 2, * 4, ## 0
```

```
District/off: 0315-2          User: llea                Page 2 of 2              Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
```
              Catherine T. Martin     on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
              James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck     on behalf of Creditor     LSF10 Master Participation Trust kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sindi   Mncina     on behalf of Creditor     LSF10 Master Participation Trust smncina@rascrane.com
              Sindi   Mncina     on behalf of Creditor     LSF10 Master Participation Trust smncina@rascrane.com
                                                                                             TOTAL: 10
```