IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br> TOMEKO NASHA HENDERSON, <br><br>   Debtor, <br><br> LSF10 MASTER PARTICIPATION TRUST, <br><br>   Movant, <br><br>   v. <br><br> TOMEKO NASHA HENDERSON and RONDA J. WINNECOUR, Trustee, <br><br>   Respondents. | Bankruptcy No. 17-21393-JAD <br><br> Chapter 13 <br><br> Doc. No.  112 |

## CERTIFICATE OF NO OBJECTION OR RESPONSETO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBOR STAY (DOC. NO. 112)

The undersigned hereby certifies that, as of March 30, 2020, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Co-Debtor Stay, at Doc. No. 112, and served on the Respondents herein has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.  Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than March 30, 2020.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: March 31, 2020                Respectfully submitted,

                                            BERNSTEIN-BURKLEY, P.C.

                                            By: /s/*Keri P. Ebeck*
                                            Keri P. Ebeck, Esq.
                                            PA I.D. # 91298
                                            kebeck@bernsteinlaw.com
                                            707 Grant Street
                                            Suite 2200, Gulf Tower
                                            Pittsburgh, PA 15219
                                            Phone - (412) 456-8112
                                            Fax - (412) 456-8135

                                            Counsel for LSF10 Master Participation Trust