# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

FILED
6/30/20 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference**:

Debtor: Tomeko Henderson
Case Number: 17-21393-JAD
Date / Time / Room: 6/25/20

Chapter: 13
3251 US STEEL

Hearing Officer: CHAPTER 13 TRUSTEE

**Matter**: #103 - Rescheduled Confirmation of Amended plan

Case con't from 6/11 concil. Debtor has elected to convert to chapter 7. Scheduled for contested Date to address / Mt to convert has not been filed.

**Appearances**:

Debtor: Martin
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

**Proceedings**:

Outcome:

1. _____ Case converted to Chapter 7
2. _____ Case converted to Chapter 11
3. _____ Case Dismissed without prejudice
4. _____ Case Dismissed with prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 7/8/20 at 10:00 AM
10. _____ Other:

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                        Case No. 17-21393-JAD
Tomeko Nasha Henderson                                                        Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: msch                  Page 1 of 2                  Date Rcvd: Jun 30, 2020
                               Form ID: pdf900             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
db             +Tomeko Nasha Henderson,   350 Wilson Drive,    Pittsburgh, PA 15235-1738
cr             +County of Allegheny,   Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA 15219,   UNITED STATES 15219-6101
cr             +DITECH FINANCIAL LLC,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +LSF10 Master Participation Trust,   RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                 Duluth, GA 30097-8461
cr             +LSF10 Master Participation Trust,   Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbotts Bridge Rd,   Duluth, GA 30097-8458
14397646       +AAS Debt Recovery, Inc.,   PO Box 129,   Monroeville, Pennsylvania 15146-0129
14397649       +Coll Svc Center,   PO Box 560,   New Kensington, Pennsylvania 15068-0560
14644105       +County of Allegheny,   Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,    Pittsburgh, PA 15219-6101
14397651       +Ditech Financial LLC,   3000 Bayport Drive,    Suite 880,   Tampa, Florida 33607-8409
14520218        Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14777857        Educational Credit Management Corporation,    PO Box 16408,   St. Paul, MN 55116-0408
14397652       +Jordan Tax Service, Inc.,   PO Box 200,   Bethel Park, Pennsylvania 15102-0200
14927648       +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14519834       +Navient Solutions, LLC. on behalf of,   PHEAA,   PO BOX 8147,   Harrisburg, PA 17105-8147
14658279       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14397656       +Santander Consumer USA,   PO Box 961245,   Fort Worth, Texas 76161-0244
14415469       +Santander Consumer USA, Inc.,   P.O. Box 560284,    Dallas, TX 75356-0284
14667900        UPMC East,   PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 01 2020 06:20:33
                 Capital One Auto Finance, a division of Capital On,   c/o Ascension Capital Group,
                 4515 N. Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14397647       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 01 2020 06:20:46
                 Capital One Auto Finance,   CB Disputes Team PO Box 259407,    Plano, Texas 75025-9407
14421988       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 01 2020 06:20:33
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14397648       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 06:21:22        Capital One Bank,
                 PO Box 30281,   Salt Lake City, Utah 84130-0281
14397650       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 01 2020 06:09:39
                 Credit Collection Service,   PO Box 607,   Norwood, Massachusetts 02062-0607
14676344       +E-mail/Text: kburkley@bernsteinlaw.com Jul 01 2020 06:09:26       Duquesne Light Company,
                 c/o Allison L. Carr,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14664215        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2020 06:20:44
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14397653       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 01 2020 06:08:30       Midland Funding LLC,
                 2365 Northside Drive Suite 300,   San Diego, California 92108-2709
14397654       +E-mail/PDF: pa_dc_claims@navient.com Jul 01 2020 06:22:45       Navient,
                 123 Justison Street 3rd Floor,   Wilmington, Delaware 19801-5363
14397655        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2020 06:21:38
                 Portfolio Recovery,   120 Corporate Blvd,   Norfolk, Virginia 23502
14671174        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2020 06:21:34
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14398614       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2020 06:20:40
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14397657       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 01 2020 06:06:57
                 Verizon,   500 Technology Drive Suite 300,   Weldon Spring, Missouri 63304-2225
14641065       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 01 2020 06:33:59       Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Duquesne Light Company
cr*             Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN 55116-0408
cr*            +LSF10 Master Participation Trust c/o Caliber Home,   13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                    TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2           User: msch                 Page 2 of 2           Date Rcvd: Jun 30, 2020
                               Form ID: pdf900            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    LSF10 Master Participation Trust kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sindi  Mncina    on behalf of Creditor    LSF10 Master Participation Trust smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    LSF10 Master Participation Trust smncina@rascrane.com
                                                                                             TOTAL: 10
```