IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Tomeko Nasha Henderson             Case No. 17-21393-JAD
                                          Chapter 13
       Debtor

Tomeko Nasha Henderson

       Movant

vs.

NO RESPONDENTS

### NOTICE OF CONVERSION PURSUANT TO 11 U.S.C. §1307(a)

Debtor Tomeko Nasha Henderson, by her attorney, Catherine T. Martin and Neighborhood Legal Services Association, hereby converts this case from Chapter 13 to Chapter 7.

                                              RESPECTFULLY SUBMITTED:

Date: 7/6/2020                               /s/Catherine T. Martin
                                                     Attorney I.D. No.29049
                                                     (412) 586-6118
                                                     NEIGHBORHOOD LEGAL SERVICES
                                                     ASSOCIATION
                                                     Firm No. 213
                                                     928 Penn Avenue
                                                     Pittsburgh, PA 15222
                                                     martinc@nlsa.us