**Form 132**

                **UNITED STATES BANKRUPTCY COURT**       133
                **WESTERN DISTRICT OF PENNSYLVANIA**     aala

In re:                                                                           Bankruptcy Case No.: 17–21393–JAD

                                                                                 Chapter: 7

**Tomeko Nasha Henderson**
**aka Tomeko Nasha Hudson, aka Tomeko Nasha Zarotney**
    Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Rosemary C. Crawford is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 7/8/20                                                               **Andrew R. Vara**
                                                                                    United States Trustee

                                                                                    **Joseph S. Sisca**
                                                                                    Assistant United States Trustee
                                                                                    Western District of Pennsylvania

---

I Rosemary C. Crawford, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                                     Rosemary C. Crawford

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Tomeko Nasha Henderson
    Debtor

Case No. 17-21393-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: aala   Page 1 of 1   Date Rcvd: Jul 08, 2020
Form ID: 132   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.
tr     +Rosemary C. Crawford,   Crawford McDonald, LLC.,   P.O. Box 355,   Allison Park, PA 15101-0355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
      Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
      James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
      Keri P. Ebeck    on behalf of Creditor    LSF10 Master Participation Trust kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Sindi  Mncina    on behalf of Creditor    LSF10 Master Participation Trust smncina@rascrane.com
      Sindi  Mncina    on behalf of Creditor    LSF10 Master Participation Trust smncina@rascrane.com
                                                            TOTAL: 11