| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Tomeko Nasha Henderson**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8007**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13**   **4/6/17** |
| Case number:   **17–21393–JAD** | | Date case converted to chapter **7**   **7/8/20** |

Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Tomeko Nasha Henderson | |
| **2.** | **All other names used in the last 8 years** | aka Tomeko Nasha Hudson, aka Tomeko Nasha Zarotney | |
| **3.** | **Address** | 350 Wilson Drive<br>Pittsburgh, PA 15235 | |
| **4.** | **Debtor's attorney**<br>Name and address | Catherine T. Martin<br>Neighborhood Legal Services Assoc.<br>928 Penn Avenue<br>Pittsburgh, PA 15222 | Contact phone 412–586–6118<br><br>Email:  martinc@nlsa.us |
| **5.** | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email:  crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                         page **1**

Debtor  **Tomeko Nasha Henderson**                                                                                                                   Case number **17–21393–JAD**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/8/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 24, 2020 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**           **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/23/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/16/20**<br><br>**Filing deadline: 10/3/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                        page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21393-JAD
Tomeko Nasha Henderson                                                Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2          Date Rcvd: Jul 08, 2020
                              Form ID: 309B           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db         +Tomeko Nasha Henderson,    350 Wilson Drive,    Pittsburgh, PA 15235-1738
aty        +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
aty         Jeffrey R. Hunt,    Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
             Pittsburgh, PA 15219-6107
aty        +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1945
aty         Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1900
aty        +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
aty        +Sindi Mncina,    RAS Crane LLC,    10700 Abbott's Bridge Road,    Suite 170,
             Duluth, GA 30097-8461
cr         +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
             Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr         +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr         +LSF10 Master Participation Trust,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
             Duluth, GA 30097-8461
cr         +LSF10 Master Participation Trust,    Robertson, Anschutz, Schneid & Crane LLC,
             10700 Abbotts Bridge Rd,    Duluth, GA 30097-8458
14397646   +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, Pennsylvania 15146-0129
14397649   +Coll Svc Center,    PO Box 560,    New Kensington, Pennsylvania 15068-0560
14644105   +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14397651   +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, Florida 33607-8409
14520218    Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
14397652   +Jordan Tax Service, Inc.,    PO Box 200,    Bethel Park, Pennsylvania 15102-0200
14927648   +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
             Oklahoma City, OK 73134-2500
14519834   +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
14658279   +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
             Pittsburgh, PA 15233-1828
14667900    UPMC East,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: martinc@nlsa.us Jul 09 2020 04:32:54      Catherine T. Martin,
             Neighborhood Legal Services Assoc.,    928 Penn Avenue,    Pittsburgh, PA 15222
tr         +EDI: BRCCRAWFORD.COM Jul 09 2020 08:18:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
             P.O. Box 355,    Allison Park, PA 15101-0355
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 09 2020 04:33:28      Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA 17128-0946
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 09 2020 04:33:41
             Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
cr         +EDI: AISACG.COM Jul 09 2020 08:19:00      Capital One Auto Finance, a division of Capital On,
             c/o Ascension Capital Group,    4515 N. Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14397647   +EDI: CAPONEAUTO.COM Jul 09 2020 08:19:00      Capital One Auto Finance,
             CB Disputes Team PO Box 259410,    Plano, Texas 75025-9407
14421988   +EDI: AISACG.COM Jul 09 2020 08:19:00      Capital One Auto Finance, c/o Ascension Capital Gr,
             P.O. Box 201347,    Arlington, TX 76006-1347
14397648   +EDI: CAPITALONE.COM Jul 09 2020 08:19:00      Capital One Bank,    PO Box 30281,
             Salt Lake City, Utah 84130-0281
14397650   +EDI: CCS.COM Jul 09 2020 08:18:00      Credit Collection Service,    PO Box 607,
             Norwood, Massachusetts 02062-0607
14676344   +E-mail/Text: kburkley@bernsteinlaw.com Jul 09 2020 04:34:10      Duquesne Light Company,
             c/o Allison L. Carr,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
             Pittsburgh, PA 15219-1945
14777857    EDI: ECMC.COM Jul 09 2020 08:18:00      Educational Credit Management Corporation,
             PO Box 16408,    St. Paul, MN 55116-0408
14664215    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2020 04:36:51
             LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
             N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14397653   +EDI: MID8.COM Jul 09 2020 08:18:00      Midland Funding LLC,    2365 Northside Drive Suite 300,
             San Diego, California 92108-2709
14397654   +EDI: NAVIENTFKASMSERV.COM Jul 09 2020 08:18:00      Navient,    123 Justison Street 3rd Floor,
             Wilmington, Delaware 19801-5363
14397655    EDI: PRA.COM Jul 09 2020 08:18:00      Portfolio Recovery,    120 Corporate Blvd,
             Norfolk, Virginia 23502
14671174    EDI: PRA.COM Jul 09 2020 08:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
             Norfolk VA 23541
14398614   +EDI: PRA.COM Jul 09 2020 08:18:00      PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021

```
District/off: 0315-2              User: aala                    Page 2 of 2                   Date Rcvd: Jul 08, 2020
                                  Form ID: 309B                 Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14397656        +EDI: DRIV.COM Jul 09 2020 08:18:00      Santander Consumer USA,    PO Box 961245,
                 Fort Worth, Texas 76161-0244
14415469        +EDI: DRIV.COM Jul 09 2020 08:18:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
14397657        +EDI: VERIZONCOMB.COM Jul 09 2020 08:18:00      Verizon,    500 Technology Drive Suite 300,
                 Weldon Spring, Missouri 63304-2225
14641065        +EDI: AIS.COM Jul 09 2020 08:18:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Duquesne Light Company
cr*             Educational Credit Management Corporation,    PO Box 16408,   St. Paul, MN 55116-0408
cr*            +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                      TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
```
              Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
              James Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck     on behalf of Creditor    LSF10 Master Participation Trust kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sindi  Mncina    on behalf of Creditor    LSF10 Master Participation Trust smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    LSF10 Master Participation Trust smncina@rascrane.com
                                                                                                TOTAL: 11
```