IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TOMEKO NASHA HENDERSON, | Case No. 17-21393-JAD |
| Debtor, | Chapter 7 |
| | |
| TOMEKO NASHA HENDERSON, | |
| Movant, | |
| | |
| vs. | |
| | |
| William Sonoma, Verizon, | |
| CKS Prime Investments, LLC, | |
| First Premier Bank, | |
| Respondents. | |

**DEBTOR'S RESPONSE TO CONVERSION ORDER**

Debtor Tomeko Nasha Henderson, by her attorney Catherine T. Martin and Neighborhood Legal Services Association, avers as follows:

1. A wage attachment was in place, and the conversion order was served on Debtor's employer Career Concepts.

2. There are four new unpaid, unsecured debts incurred between the date of filing and the date of conversion.

| Creditor | Nature of Debt | Date of Debt | Amount Due |
|---|---|---|---|
| William Sonoma<br>P.O. Box 659705<br>San Antonio, TX 78265 | Credit Card | 12/2/2018 | $449.00 |
| Verizon<br>c/o Verizon Remittance Processing Center,<br>P.O. Box 9688<br>Mission Hills, CA 91346-9688 | Utilities | 1/1/2019 | $549.95 |
| CKS Prime Investments, LLC<br>505 Independence Pkwy<br>Chesapeake, VA 23320 | Credit Card | Prior to Ch. 7 | $659.00 |

| First Premier Bank | Credit Card | 5/29/2019 | $954.00 |

PO Box 5529
Sioux Falls, SD 57117-5529

3. If additional new creditors are discovered the Debtor will supplement this response.

4. There are no additional schedules or statements which need to be filed.

5. Debtor is not required to file the Statement of Intention as there are no creditors to be listed on that form.

6. The final report and accounting of the Trustee was filed July 10, 2020, but Debtor has not acquired any property after the commencement of the Chapter 13 case but before the entry of the Conversion Order.

7. There are no unpaid pre-conversion debts not listed in the Chapter 13 Trustee's final report.

8. There are no executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of the Conversion Order.

9. There are no claimants under ¶ 8(b) of the Conversion order, therefore no schedule of claimants is filed.

10. There is no professional of record upon whom the Court's order of July 8, 2020 may be served.

RESPECTFULLY SUBMITTED:

Date: 7/22/2020

/s/Catherine T. Martin
Attorney I.D. No. 29049
(412) 586-6118
NEIGHBORHOOD LEGAL
SERVICES ASSOCIATION
Firm No. 213
928 Penn Ave
Pittsburgh, PA 15222
martinc@nlsa.us