IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tomeko Nasha Henderson, | Case No. 17-21393-JAD |
| Debtor, | Chapter 13 |

Tomeko Nasha Henderson,

            Movant,

vs.

No Respondents.

### CERTIFICATE OF SERVICE

I, Catherine T. Martin, do hereby certify that I have served or caused to be served, on July 22, 2020, a copy of the *Debtor's Response to Conversion Order* upon the following parties.

**The following parties were served by notice of electronic filing:**

Office of the United States Trustee
Ustpregion03.pi.ecf@usdoj.gov

Ronda J. Wnnecour
cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
crawfordmcdonald@aol.com

**The following parties were re-served by first class mail in response to a mailing issue:**

William Sonoma
P.O. Box 659705
San Antonio, TX 78265

Verizon
c/o Verizon Remittance
Processing Center,
P.O. Box 9688
Mission Hills, CA 91346-9688

CKS Prime Investments, LLC
505 Independence Pkwy
Chesapeake, VA 23320

First Premier Bank
PO Box 5529
Sioux Falls, SD 57117-5529

RESPECTFULLY SUBMITTED: 7/22/2020

/s/Catherine T. Martin
PA Bar I.D. No. 29029
NEIGHBORHOOD LEGAL SERVICES
ASSOCIATION
Firm No. 213
928 Penn Avenue
Pittsburgh, PA 15222
(412) 586-6118
Email: martinc@nlsa.us