IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| TOMEKO NASHA HENDERSON, ) | |
| **Debtor(s)** ) | Bankruptcy No. 17-21393-JAD |
| ) | |
| SANTANDER CONSUMER USA INC., ) | Chapter 7 |
| **Movant** ) | Previous Chapter 13 |
| v. ) | |
| ) | |
| TOMEKO NASHA HENDERSON, ) | Related To Document No. 144 and 145 |
| **Respondent(s)** ) | |
| ) | |
| ROSEMARY C. CRAWFORD, ) | **Response Deadline: 8/17/20** |
| **Trustee** ) | |
| ) | **Hearing Date: 8/25/20 at 10:00 AM** |
| ) | |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on July 29, 2020, I served by United States mail, first class, postage prepaid, the Notice Of Telephonic Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Tomeko Nasha Henderson
350 Wilson Drive
Pittsburgh, PA 15235
(Debtor)

Catherine T. Martin, Esq.
Neighborhood Legal Services Assoc.
928 Penn Avenue
Pittsburgh, PA 15222
(Attorney For Debtor)

Rosemary C. Crawford
Crawford McDonald, LLC
PO Box 355
Allison Park, PA 15101
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com