**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TOMEKO NASHA HENDERSON

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:17-21393 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/06/2017 and confirmed on 05/22/2017 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,190.68 |
| Less Refunds to Debtor | 720.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,470.11 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 1,642.63 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,642.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LSF10 MASTER PARTICIPATION TRUST | 20,934.82 | 20,934.82 | 0.00 | 20,934.82 |
|    Acct: 5988 | | | | |
| DITECH FINANCIAL LLC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| LSF10 MASTER PARTICIPATION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 5988 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 987.06 | 0.00 | 0.00 | 0.00 |
|    Acct: M154 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 1,459.09 | 0.00 | 0.00 | 0.00 |
|    Acct: M154 | | | | |
| SANTANDER CONSUMER USA** | 20,789.22 | 9,369.66 | 3,369.49 | 12,739.15 |
|    Acct: 6300 | | | | |
| | | | | 33,673.97 |
| **Priority** | | | | |
| CATHERINE T MARTIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

| 17-21393 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| TOMEKO NASHA HENDERSON  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| TOMEKO NASHA HENDERSON  Acct: | 720.57 | 720.57 | 0.00 | 0.00 |
| NEIGHBORHOOD LEGAL SVCS ASSN  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: 4569 | 0.00 | 843.51 | 0.00 | 843.51 |
| CLERK, U S BANKRUPTCY COURT  Acct: XXXXXXX JAD | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 1,153.51 |
| **Unsecured** | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE**  Acct: 0715 | 25,038.54 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC  Acct: 8110 | 722.62 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC(*)  Acct: 8007 | 132,489.55 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC  Acct: 1696 | 323.22 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR  Acct: 6243 | 88.18 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR  Acct: 6702 | 263.02 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: 0684 | 948.56 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE  Acct: 0544 | 754.58 | 0.00 | 0.00 | 0.00 |
| UPMC EAST  Acct: 8007 | 150.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*  Acct: 8007 | 8,543.99 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK  Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES HENDERSON  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERTSON ANSCHUTZ & SCHNEID PL  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                                    34,827.48

TOTAL CLAIMED
PRIORITY             310.00
SECURED           44,170.19
UNSECURED        169.322.26

Date: 07/30/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com