IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Tomeko Nasha Henderson, | ) | Bankruptcy No. 17-21393-JAD |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Tomeko Nasha Henderson, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| No Respondent. | ) | |
| | ) | |
| | ) | |

**NOTICE OF CONVERSION PURSUANT TO 11 U.S.C. § 706(A)**

NOW COMES the Debtor, Tomeko Nasha Henderson, by her attorney, Catherine T. Martin and Neighborhood Legal Services Association, hereby converts this case from Chapter 7 to Chapter 13. This case was originally filed as a Chapter 13, then converted to Chapter 7 by Court Order dated July 8, 2020.  Debtor wishes to convert back to Chapter 13 so that she can pay her car loan through the plan.

Respectfully submitted,

Date: 8/11/2020

/s/Catherine T. Martin
Attorney for Debtor
Pa. I.D. No. 29049
Neighborhood Legal Services Association
Firm No. 213
928 Penn Avenue
Pittsburgh, PA 15222
Phone: (412) 586-6118
martinc@nlsa.us