IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Tomeko Nasha Henderson, | ) | Bankruptcy No. 17-21393-JAD |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Tomeko Nasha Henderson, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| No Respondent. | ) | |
| | ) | |
| | ) | |

## NOTICE OF CONVERSION PURSUANT TO 11 U.S.C. § 706(A)

NOW COMES the Debtor, Tomeko Nasha Henderson, by her attorney, Catherine T. Martin and Neighborhood Legal Services Association, hereby converts this case from Chapter 7 to Chapter 13. This case was originally filed as a Chapter 13, then converted to Chapter 7 by Court Order dated July 8, 2020. Debtor wishes to convert back to Chapter 13 so that she can pay her car loan through the plan.

Respectfully submitted,

Date: 8/11/2020

/s/Catherine T. Martin
Attorney for Debtor
Pa. I.D. No. 29049
Neighborhood Legal Services Association
Firm No. 213
928 Penn Avenue
Pittsburgh, PA 15222
Phone: (412) 586-6118
martinc@nlsa.us

SO ORDERED this 20th day of August, 2020.

FILED
8/20/20 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA



Jeffery A. Deller
United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                           Case No. 17-21393-JAD
Tomeko Nasha Henderson                                           Chapter 13
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2            User: aala                   Page 1 of 2           Date Rcvd: Aug 20, 2020
                                Form ID: pdf900              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db             +Tomeko Nasha Henderson,    350 Wilson Drive,    Pittsburgh, PA 15235-1738
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +LSF10 Master Participation Trust,    RAS CRANE, LLC,    10700 ABBOTT'S BRIDGE ROAD, SUITE 170,
                 Duluth, GA 30097-8461
cr             +LSF10 Master Participation Trust,    Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbotts Bridge Rd,    Duluth, GA 30097-8458
cr             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14397646       +AAS Debt Recovery, Inc.,    PO Box 129,    Monroeville, Pennsylvania 15146-0129
14397649       +Coll Svc Center,    PO Box 560,   New Kensington, Pennsylvania 15068-0560
14644105       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14397651       +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,   Tampa, Florida 33607-8409
14520218        Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14777857        Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
14397652       +Jordan Tax Service, Inc.,    PO Box 200,    Bethel Park, Pennsylvania 15102-0200
14927648       +LSF10 Master Participation Trust c/o Caliber Home,     13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14519834       +Navient Solutions, LLC. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
14658279       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14397656       +Santander Consumer USA,    PO Box 961245,    Fort Worth, Texas 76161-0244
14415469       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
14667900        UPMC East,    PO Box 1123,   Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2020 04:29:44
                 Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                 4515 N. Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14397647       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 21 2020 04:30:18
                 Capital One Auto Finance,    CB Disputes Team PO Box 259407,    Plano, Texas 75025-9407
14421988       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2020 04:29:14
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
14397648       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2020 04:30:14         Capital One Bank,
                 PO Box 30281,   Salt Lake City, Utah 84130-0281
14397650       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 21 2020 04:16:28
                 Credit Collection Service,    PO Box 607,   Norwood, Massachusetts 02062-0607
14676344       +E-mail/Text: kburkley@bernsteinlaw.com Aug 21 2020 04:16:24         Duquesne Light Company,
                 c/o Allison L. Carr,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14664215        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2020 04:29:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14397653       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 21 2020 04:16:00         Midland Funding LLC,
                 2365 Northside Drive Suite 300,    San Diego, California 92108-2709
14397654       +E-mail/PDF: pa_dc_claims@navient.com Aug 21 2020 04:30:18         Navient,
                 123 Justison Street 3rd Floor,    Wilmington, Delaware 19801-5363
14397655        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 04:29:21
                 Portfolio Recovery,    120 Corporate Blvd,   Norfolk, Virginia 23502
14671174        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 04:29:19
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14398614       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 04:29:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15268830       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 21 2020 04:16:10         Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14397657       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2020 04:15:22
                 Verizon,    500 Technology Drive Suite 300,   Weldon Spring, Missouri 63304-2225
14641065       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2020 04:29:20         Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Duquesne Light Company
```

```
District/off: 0315-2            User: aala                 Page 2 of 2              Date Rcvd: Aug 20, 2020
                                Form ID: pdf900            Total Noticed: 35

cr*              Educational Credit Management Corporation,   PO Box 16408,   St. Paul, MN  55116-0408
cr*             +LSF10 Master Participation Trust c/o Caliber Home,   13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*             +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                          TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Catherine T. Martin    on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us
              James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck     on behalf of Creditor    LSF10 Master Participation Trust kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Sindi  Mncina     on behalf of Creditor    LSF10 Master Participation Trust smncina@rascrane.com
              Sindi  Mncina     on behalf of Creditor    LSF10 Master Participation Trust smncina@rascrane.com
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 12
```