UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tomeko Nasha Henderson | ) | Bankruptcy Case No. 17-21393 JAD |
| | ) | |
| Debtor | ) | Chapter 13 |
| Standing Chapter 13 Trustee and | ) | |
| Tomeko Nasha Henderson | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| SES, Inc. | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served or caused to be served a true and correct copy of the February 26, 2021 amended Order to Pay Trustee Pursuant to Wage Attachment and the Notification of Debtor's Social Security Number on the following by first class, postage prepaid mail, on the date stated below:

Erin Fruhwirth, SES, Inc, 4714 Gettysburg Road, Mechanicsburg, PA 17055

Date: 3/1/21

/s/Catherine T.Martin
Pa. I.D. No. 29049

NEIGHBORHOOD LEGAL SERVICES
ASSOCIATION
Firm No. 213
928 Penn Avenue
Pittsburgh, PA 15222

(412) 586-6118