IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Tomeko Nasha Henderson | : | Bankruptcy No. 17-21393 JAD |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |
| Tomeko Nasha Henderson | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

**NOTICE OF CHANGE OF ADDRESS**

Debtor's previous address:

Tomeko Nasha Henderson
350 Wilson Drive
Pittsburgh, PA 15235

Debtor's new address:

Tomeko Nasha Henderson
2019 Beverly Hills Dr.
Richmond Heights, OH 44143

EXECUTED ON: 08/03/21

/s/ Catherine T. Martin
Attorney for Debtor
PA Bar ID#:29049; Firm ID#:213
Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222
412-586-6118
martinc@nlsa.us