**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/08/2022

IN RE:

TOMEKO NASHA HENDERSON
2019 BEVERLY HILLS DRIVE
RICHMOND HEIGHTS, OH 44143
XXX-XX-8007         Debtor(s)

Case No. 17-21393 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/8/2022

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1696/PRAE |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LSF10 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 20,934.82<br>COMMENT: RS/DOE*SURR/PL*BGN 5/17*DK | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 5988 |
| **JORDAN TAX SERVICE INC****<br>POB 200<br>BETHEL PARK, PA  15102-3908 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 370M154*PD@CL7*12-16~SD BORO?/SCH*replaced by allegh co/rjb | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: M154 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number: 6   INT %: 6.00%<br>Court Claim Number: 1<br>CLAIM: 20,789.22<br>COMMENT: $CL-PL@6%MDF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6300 |
| **FIRST COMMONWEALTH BANK**<br>C/O AAS DEBT RECOVERY INC<br>POB 129*<br>MONROEVILLE, PA  15146 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 511.65<br>COMMENT: NO NUM~AAS DEBT RECVRY/SCH*LATE-FLD*INSUFF POD*TIMELY @ CH7 BAR DA | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 2265 |
| **CAPITAL ONE AUTO FINANCE****<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX  77210-4360 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 25,038.54<br>COMMENT: DEFICIENCY*NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0715 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 722.62<br>COMMENT: NO NUM/SCH*CAPITAL ONE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8110 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA 02062 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br><br>NORWOOD, MA 02062 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 132,489.55<br>COMMENT: NO NUM/SCH*FR NAVIENT O/B/O PHEAA-DOC 47 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8007 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 323.22<br>COMMENT: NO ACCT/SCH*SYNCHRONY BANK-WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1696 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 88.18<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6243 |
| **JAMES HENDERSON**<br>516 PARK ST<br><br>MCKEESPORT, PA 15132 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 310.00<br>COMMENT: FEES/PL | CRED DESC: FILING FEES<br>ACCOUNT NO.: 17-21393 JAD |
| **LSF10 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC<br>PO BOX 24330<br>OKLAHOMA CITY, OK 73124 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*FR DITECH*DOC 64*DKT!!! | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5988 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  263.02<br>COMMENT:  NO NUM/SCH@16 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6702 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  0.00<br>COMMENT:  L/B 307-M-154*2012,13,15-17/CL*SURR/PL-CONF*987.06/CL*SCH@5*WNTS 12%*W/2 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  M154 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  0.00<br>COMMENT:  L/B 307-M-154*2012,13,15-17/CL*SURR/PL*1459.09/CL*SCH@5*NON%*W/22 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  M154 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  948.56<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0684 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  754.58<br>COMMENT:  NT/SCH*CITIBANK SD NA~ZALES*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0544 |
| **UPMC EAST**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  150.00<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8007 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  8,543.99<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8007 |
| **LSF10 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC<br>PO BOX 24330<br><br>OKLAHOMA CITY, OK  73124 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:4-2<br><br>CLAIM:  0.00<br>COMMENT:  CL4DISALLOWED/OE*$88,709.69/CL*FR LSF10 MPT-DOC 64*PD/PL@CID 4 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  5988 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  3,148.00<br>COMMENT:  $CONF*BGN 7/19 DISTRIBUTION*DK! | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  4569 |
| **ROBERTSON ANSCHUTZ & SCHNEID PL**<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE STE 100<br><br>BOCA RATON, FL  33487 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  LSF10 MSTR PRTCPTN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED/LATE FILED |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:14 | ACCOUNT NO.:  0987 |
| PO BOX 772813 | | |
| | CLAIM:  954.25 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3553729646*NT/SCH*POC FLD DURING CH 7: TIMELY?*DK! | |