IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Tomeko Nasha Henderson | : | Bankruptcy No. 17-21393 JAD |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |
| Tomeko Nasha Henderson | : | |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

**NOTICE OF CHANGE OF ADDRESS**

Debtor's previous address:

2019 Beverly Hills Dr.
Richmond Heights, OH 44143

Debtor's new address:

1916 Sam Rittenberg Boulevard
Apt. 1113
Charleston, SC 29407

EXECUTED ON: 2/4/23

/s/ Catherine T. Martin
Attorney for Debtor
PA Bar ID#:29049; Firm ID#:213
Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222
412-586-6118
martinc@nlsa.us