IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 17-21393 JAD |
| Tomeko Nasha Henderson | ) | |
| | ) | Chapter: 13 |
| Debtor | ) | |
| | ) | |
| | ) | |
| Tomeko Nasha Henderson | ) | Hearing date:  7/21/23 at 11:00 a.m. |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour | ) | |
| Respondent | ) | |
| | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF AUTOMOBILE FINANCING (DOCUMENTS #194 and 197)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Automobile Financing filed on June 20, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Approval of Automobile Financing appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Approval of Automobile Financing were to be filed and served no later than July 7, 2023.

It is hereby respectfully requested that the Order attached to the Motion for Approval of Automobile Financing be entered by the Court.

Dated:  7/9/23

By: /s/ Catherine T. Martin
Attorney for Debtor
Pa. I.D. No. 29049; Firm No. 213
Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222

Phone:  (412) 586-6118
Fax:  (412) 355-0168
Email: martinc@nlsa.us