## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Tomeko Nasha Henderson

        Bankruptcy No. 17-21393 JAD

    Debtor

        Chapter 13

Ronda J. Winnecour
Chapter 13 Trustee

    Movant

    v.

No Respondents

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 5, 2024 at docket number 206, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management.  The course was completed on March 17, 2024.

    This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: 4/16/24      By:      /s/Catherine T. Martin
                                        Attorney for Debtor
                                        Neighborhood Legal Services
                                        928 Penn Avenue
                                        Pittsburgh, PA 15222
                                        martinc@nlsa.us
                                        412-586-6118
                                        PA Bar ID#29049