**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> TOMEKO NASHA HENDERSON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>　　　　Movant <br>　　vs. <br> No Respondents. | Case No.:17-21393 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


April 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/06/2017 and confirmed on 5/22/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,711.62 |
| Less Refunds to Debtor | 2,380.65 | |
| TOTAL AMOUNT OF PLAN FUND | | 52,330.97 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 2,446.45 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,446.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LSF10 MASTER PARTICIPATION TRUST | 20,934.82 | 20,934.82 | 0.00 | 20,934.82 |
|     Acct: 5988 | | | | |
|   LSF10 MASTER PARTICIPATION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5988 | | | | |
|   LSF10 MASTER PARTICIPATION TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5988 | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: M154 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: M154 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: M154 | | | | |
|   SANTANDER CONSUMER USA | 20,789.22 | 20,789.22 | 4,702.48 | 25,491.70 |
|     Acct: 6300 | | | | |
| | | | | 46,426.52 |
| **Priority** | | | | |
|   CATHERINE T MARTIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOMEKO NASHA HENDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOMEKO NASHA HENDERSON | 720.57 | 720.57 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOMEKO NASHA HENDERSON | 1,660.08 | 1,660.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NEIGHBORHOOD LEGAL SVCS ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 3,148.00 | 3,148.00 | 0.00 | 3,148.00 |
|     Acct: 4569 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX JAD | | | | |
| | | | | 3,458.00 |
| **Unsecured** | | | | |
|   CAPITAL ONE AUTO FINANCE** | 25,038.54 | 0.00 | 0.00 | 0.00 |

17-21393 JAD                                                                                                Page 2 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0715 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 722.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 8110 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ECMC(*) | 132,489.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 8007 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 323.22 | 0.00 | 0.00 | 0.00 |
| | Acct: 1696 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 88.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 6243 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 263.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 6702 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 948.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 0684 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 754.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 0544 | | | | |
| | UPMC EAST | 150.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8007 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 8,543.99 | 0.00 | 0.00 | 0.00 |
| | Acct: 8007 | | | | |
| | FIRST COMMONWEALTH BANK** | 511.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 2265 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 954.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 0987 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES HENDERSON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                              49,884.52

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 3,458.00 |
| SECURED | 41,724.04 |
| UNSECURED | 170,788.16 |

Date: 04/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
TOMEKO NASHA HENDERSON

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-21393 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21393-JAD |
| Tomeko Nasha Henderson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tomeko Nasha Henderson, 250 W. Central Avenue, Delaware, OH 43015-1739 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | LSF10 Master Participation Trust, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Duluth, GA 30097-8461 |
| cr | + | LSF10 Master Participation Trust, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Rd, Duluth, GA 30097-8458 |
| 14520218 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 15280430 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14397652 | + | Jordan Tax Service, Inc., PO Box 200, Bethel Park, Pennsylvania 15102-0200 |
| 14667900 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Apr 26 2024 23:49:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2024 01:15:58 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 26 2024 23:49:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2024 23:52:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14397646 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Apr 26 2024 23:50:00 | AAS Debt Recovery, Inc., PO Box 129, Monroeville, Pennsylvania 15146-0129 |
| 14397647 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 27 2024 00:32:57 | Capital One Auto Finance, CB Disputes Team PO Box 259407, Plano, Texas 75025-9407 |
| 14421988 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2024 00:07:48 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14397648 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:44:55 | Capital One Bank, PO Box 30281, Salt Lake City, Utah 84130-0281 |
| 14397649 | ^ | MEBN | Apr 26 2024 23:46:19 | Coll Svc Center, PO Box 560, New Kensington, Pennsylvania 15068-0560 |
| 14644105 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2024 23:49:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA |

Case 17-21393-JAD   Doc 214   Filed 04/28/24   Entered 04/29/24 00:29:21   Desc
Imaged Certificate of Notice   Page 7 of 8

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 15219-6101 |
| 14397650 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 26 2024 23:52:00 | Credit Collection Service, PO Box 607, Norwood, Massachusetts 02062-0607 |
| 14676344 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2024 23:52:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14777857 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 26 2024 23:51:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14927648 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 26 2024 23:52:00 | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14664215 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:07:54 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14397653 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 26 2024 23:51:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, California 92108-2710 |
| 14397654 | + | Email/PDF: pa_dc_claims@navient.com | Apr 27 2024 00:06:53 | Navient, 123 Justison Street 3rd Floor, Wilmington, Delaware 19801-5363 |
| 14519834 | + | Email/Text: bncnotifications@pheaa.org | Apr 26 2024 23:50:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14397655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:07:46 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, Virginia 23502 |
| 14671174 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 01:15:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14398614 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:07:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658279 | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2024 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15268830 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2024 23:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14397656 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2024 23:52:00 | Santander Consumer USA, PO Box 961245, Fort Worth, Texas 76161-0244 |
| 14415469 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 26 2024 23:52:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14641065 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2024 00:07:20 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14397657 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 26 2024 23:49:00 | Verizon, 500 Technology Drive Suite 300, Weldon Spring, Missouri 63304-2225 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Duquesne Light Company |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: auto | | Page 3 of 3 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | | Total Noticed: 35 |

14397651        ##+        Ditech Financial LLC, 3000 Bayport Drive, Suite 880, Tampa, Florida 33607-8409

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Catherine T. Martin | on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us |
| Denise Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor LSF10 Master Participation Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor LSF10 Master Participation Trust smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor LSF10 Master Participation Trust smncina@raslg.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11