**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TOMEKO NASHA HENDERSON

        Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:17-21393 JAD

Chapter 13

Related to ECF No. 211

**<span style="color:red">DEFAULT O/E JAD</span>**

ORDER OF COURT

  AND NOW, this  11th  day of  June,  2024, upon consideration of the  **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
6/11/24 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Tomeko Nasha Henderson
    Debtor

Case No. 17-21393-JAD

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2

User: auto

Page 1 of 3

Date Rcvd: Jun 11, 2024

Form ID: pdf900

Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tomeko Nasha Henderson, 250 W. Central Avenue, Delaware, OH 43015-1739 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | LSF10 Master Participation Trust, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Duluth, GA 30097-8461 |
| cr | + | LSF10 Master Participation Trust, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Rd, Duluth, GA 30097-8458 |
| 14520218 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 15280430 | + | First Commonwealth Bank, c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14397652 | + | Jordan Tax Service, Inc., PO Box 200, Bethel Park, Pennsylvania 15102-0200 |
| 14667900 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Jun 12 2024 00:30:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 12 2024 00:36:02 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 12 2024 00:30:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 12 2024 00:33:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14397646 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Jun 12 2024 00:31:00 | AAS Debt Recovery, Inc., PO Box 129, Monroeville, Pennsylvania 15146-0129 |
| 14397647 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 12 2024 00:36:20 | Capital One Auto Finance, CB Disputes Team PO Box 259407, Plano, Texas 75025-9407 |
| 14421988 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 12 2024 00:51:54 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14397648 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2024 00:36:02 | Capital One Bank, PO Box 30281, Salt Lake City, Utah 84130-0281 |
| 14397649 | ^ | MEBN | Jun 12 2024 00:20:57 | Coll Svc Center, PO Box 560, New Kensington, Pennsylvania 15068-0560 |
| 14644105 | + | Email/Text: ebnjts@grblaw.com | Jun 12 2024 00:30:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA |

District/off: 0315-2                          User: auto                                    Page 2 of 3
Date Rcvd: Jun 11, 2024                       Form ID: pdf900                               Total Noticed: 35

|         |   |                                                           |                      | 15219-6101                                                                                                             |
|---------|---|-----------------------------------------------------------|----------------------|-----------------------------------------------------------------------------------------------------------------------|
| 14397650 | + | Email/Text: bankruptcy_notifications@ccsusa.com          | Jun 12 2024 00:33:00 | Credit Collection Service, PO Box 607, Norwood, Massachusetts 02062-0607                                               |
| 14676344 | + | Email/Text: kburkley@bernsteinlaw.com                    | Jun 12 2024 00:33:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14777857 |   | Email/Text: ECMCBKNotices@ecmc.org                       | Jun 12 2024 00:31:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408                                       |
| 14927648 | + | Email/Text: ECMBKMail@Caliberhomeloans.com               | Jun 12 2024 00:33:00 | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500                    |
| 14664215 |   | Email/PDF: resurgentbknotifications@resurgent.com        | Jun 12 2024 01:07:33 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14397653 | + | Email/Text: bankruptcydpt@mcmcg.com                      | Jun 12 2024 00:32:00 | Midland Funding LLC, 2365 Northside Drive Suite 300, San Diego, California 92108-2710                                   |
| 14397654 | + | Email/PDF: pa_dc_claims@navient.com                      | Jun 12 2024 00:36:46 | Navient, 123 Justison Street 3rd Floor, Wilmington, Delaware 19801-5363                                                |
| 14519834 | + | Email/Text: bncnotifications@pheaa.org                    | Jun 12 2024 00:30:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147                                    |
| 14397655 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com     | Jun 12 2024 01:18:22 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, Virginia 23502                                                        |
| 14671174 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com     | Jun 12 2024 00:36:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541                                                        |
| 14398614 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com     | Jun 12 2024 00:36:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021                                                  |
| 14658279 | + | Email/Text: ebnpeoples@grblaw.com                        | Jun 12 2024 00:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828          |
| 15268830 | + | Email/Text: JCAP_BNC_Notices@jcap.com                    | Jun 12 2024 00:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999                  |
| 14397656 | + | Email/Text: enotifications@santanderconsumerusa.com      | Jun 12 2024 00:33:00 | Santander Consumer USA, PO Box 961245, Fort Worth, Texas 76161-0244                                                    |
| 14415469 | + | Email/Text: enotifications@santanderconsumerusa.com      | Jun 12 2024 00:33:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284                                                   |
| 14641065 | + | Email/PDF: ebn_ais@aisinfo.com                           | Jun 12 2024 00:52:10 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901                         |
| 14397657 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 12 2024 00:29:00 | Verizon, 500 Technology Drive Suite 300, Weldon Spring, Missouri 63304-2225                                  |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr |  | Ditech Financial LLC |
| cr |  | Duquesne Light Company |
| cr | * | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

District/off: 0315-2      User: auto      Page 3 of 3

Date Rcvd: Jun 11, 2024      Form ID: pdf900      Total Noticed: 35

14397651    ##+      Ditech Financial LLC, 3000 Bayport Drive, Suite 880, Tampa, Florida 33607-8409

TOTAL: 2 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Catherine T. Martin | on behalf of Debtor Tomeko Nasha Henderson martinc@nlsa.us |
| Denise Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor LSF10 Master Participation Trust kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor LSF10 Master Participation Trust smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor LSF10 Master Participation Trust smncina@raslg.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11